UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLA MERCEDEZ,

                Plaintiff,

-against-

COMPASS GROUP USA, INC.,

                Defendant.

25-cv-942 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      The parties have the option to consent to conducting all further proceedings before Magistrate Judge Gary Stein, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties should meet and confer on or before May 2, 2025 to determine if all parties consent. If the parties consent, they should submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and attached herein, by May 9, 2025. If the parties do not consent, then they must **not** inform the Court which party or parties did not consent.

      SO ORDERED.

Dated: April 25, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                    _____
                                                                                            *District Judge's signature*

                                                                                            _____
                                                                                            *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.