UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARLA MERCEDEZ,

                        Plaintiff,

      -against-

COMPASS GROUP USA, INC.,

                       Defendant.
------------------------------------------------------------------X

25 Civ. No. 00942 (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Status Conference on **Thursday, May 22, 2025 at 11:00 a.m.**  The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Click here to join the meeting**.  Meeting ID: [256 391 221 172 0]  Passcode: [xP79CQ7B]

    **SO ORDERED.**

DATED:    New York, New York
               May 16, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge