**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CARLA MERCEDEZ,

                              Plaintiff,                     **25 Civ. No. 00942 (GS)**

        -against-

                                                                         **ORDER**

COMPASS GROUP USA, INC.,

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court held a Status Conference on Thursday, May 22, 2025 at 11:00 a.m. As discussed on the record during the conference, Plaintiff's Cross Motion to Certify Class is deemed withdrawn without prejudice. As such, Defendant need not file a response to Plaintiff's Cross Motion. Defendant's reply, if any, to Plaintiff's Opposition to the Motion to Compel Arbitration is due by no later than Friday, May 30, 2025. As Plaintiff states that she intends to file an Amended Complaint rather than respond to Defendant's alternative arguments for dismissal based on Fed. R. Civ. P. 12(b)(6), Defendant's reply should be limited to its request to compel arbitration. The Court will defer an Initial Case Management Conference and the issuing of a Case Management Plan and Scheduling Order pending its ruling on the Motion to Compel Arbitration.

       The Clerk of Court is respectfully directed to terminate without prejudice the pending motion at Dkt. No. 28.

       **SO ORDERED.**

DATED:    New York, New York
                May 22, 2025                                   The Honorable Gary Stein
                                                                      United States Magistrate Judge